363 U.S. 143 (1960)
SENIOR
v.
ZONING COMMISSION OF NEW CANAAN.
No. 620.
Supreme Court of United States.
Decided May 31, 1960.
APPEAL FROM THE SUPREME COURT OF ERRORS OF CONNECTICUT.
Raymond T. Benedict, Morgan P. Ames, Francis J. McNamara, Jr. and John F. Spindler for appellant.
Ira E. Hicks, Norwick R. G. Goodspeed, John C. Sturges and Samuel A. Gilliland for appellee.
PER CURIAM.
The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.